IAN BASS *v.* PINE HILL GOLF CLUB, INC.
(5183)

HULL, DALY and BIELUCH, Js.

Submitted on briefs December 12—decision released December 16, 1986

*Stephen Fournier* filed a brief for the appellant (defendant).

*James C. Malholland* filed a brief for the appellee (plaintiff).

PER CURIAM. This appeal is controlled by the opinion of the Supreme Court in *Stock* v. *Cobb,* 169 Conn. 638, 363 A.2d 1118 (1975). See *B/M Redev. Corporation* v. *Serrano,* 3 Conn. App. 409, 488 A.2d 848 (1985).

There is no error.